UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NANCY HOOKS, <br><br> Plaintiff, <br><br> vs. <br><br> WARREN, CITY OF, ET AL., <br><br> Defendants. | 2:21-CV-10743-TGB <br><br> ORDER RE NOTICE OF APPEARANCE [ECF NO. 5] |

Attorney Azzam Elder filed an appearance in this matter on May 12, 2021 (ECF No. 5). A fee was erroneously submitted in the amount of $49. The Clerk is directed to refund this fee in full (Receipt No: AMIEDC-8461193).

DATED this 17th day of May, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge